# EXHIBIT 3
# PART 1



Beer Loft Magnets For Your Refric X

+

X

– O O Guest

A

alibaba.com/product-detail/Beer-Loft-Magnets-For-Your-Refrigerator

62237148771.html?fullFirstScreen=true

Q

*NEW*

E2 Alibaba.com

( Products »

What are you looking for...

Q

Search

My Alibaba

Messages

Orders

Cart

= Categories

Ready to Ship

Trade Shows

Personal Protective Equipment

Services

Sell on Alibaba

Help

Get the App

English - USD V

Home > All Industries > Minerals & Metallurgy > Magnetic Materials

Subscribe to Trade Alert

Beer Loft Magnets For Your Refrigerator Beer Storage

For product pricing, customization, or other inquiries:

FOB Reference Price: Get Latest Price

Contact Supplier

1000 - 2999 Pieces $3.90

>=3000 Pieces $3.00

Contact Supplier

Call Us

Chat Now

Chat Now

Samples:

$20.00 /Piece 1 Piece (Min. Order)

Buy Samples

Gold Supplier

Lead Time:

Browsing History

# Quantity(Pieces) Est. Time(days)

## 1 - 3000 10

## 3001 - 10000 15

>10000 Negotiable

Dongguan Wow Good Precision M... Manufacturer

CN

5YRS

$

5.0*

Customization: Customized logo (Min. Order: 10000 Pieces)

Customized packaging (Min. Order: 10000 Pieces) More »

s6h Response Time 30,000+ for 38 Transactions

92.9% On-time delivery rate

View larger image

S Trade Assurance protects your Alibaba.com orders

Alibaba.com Freight Compare Rates Learn more Payments: VISA O TIT Online Transfer Pay Western Union Wu Bolerov

Alibaba.com Logistics

Inspection Solutions

Add to Compare Gshare

## Messenger



Bottle Magnetic Loft Beer Bottle

x

+

X

— ○

0 Guest

f

=

C

.alibaba.com/product-detail/_60375070026.html

a

MARCH. EXPO..

## . Pet Tracker

**Alarm system**

**Smart Tracker &...**

**Shower Rooms**

**Navigation & GPS**

**Pet Collars & Leashes**

**Pet Collars & Leashes**

View more

**3**

*NEW*

e

# Alibaba.com

Products

Products

What are you looking for...

# What are you looking for.

# Q Search

Q

Search

eine

be sondere



My Alibaba

Messages

Orders

Cart

== Categories

Ready to ship

Trade Shows

Personal Protective Equipment

Services

Sell on Alibaba

Help

Get the App

English - USD V

Home > All Industries > Gifts & Crafts > Crafts > Metal Crafts

Subscribe to Trade Alert

Bottle Magnetic Loft Beer Bottle Attachment for your fridge, Bottle Magnetic Loft Fridge Hangers For Beer and Beverages

For product pricing, customization, or other inquiries:

Contact Supplier

FOB Reference Price: Get Latest Price

Contact Supplier

Leave Messages

$2.00 - $3.50/ Set 100 Set/Sets(Min. Order)

Call us

Mocha

Mocha

Leave Messages

Browsing History

# Whiwise.en.alibab

**Gold Supplier**

Shipping Support Sea freight 's Trade Assurance protects your Alibaba.com orders

Alibaba.com Freight Compare Rates Learn more Payments: VISA O TIT Online Transfer Pay WesternUnion Wu Bolerov

CATASOUCES

STARE

**<u>Hangzhou Uniwise Import And Ex... Trading Company</u>**

trappuccin

trappuce

Frappuccino

9SRA

95 ELOR (281

Alibaba.com Logistics

OS FLOR28

Inspection Solutions

Payment Terms: Net-60

CN

15 YRS $ 0.0*

s17h Response Time 10,000+ for 10 Transactions

## View larger image

100.0% On-time delivery rate

# Messenger



14 Beer Loft Magnetic Fridge Hange X

+

X

— ◯ ◯ Guest

i alibaba.com/product-detail/_60374274743.html

Q

MARCH EXPORT

**Pneumatic Wrenches**

**Steel Wire**

**Power Cables**

**Hoists**

**Ratchet Tie Down**

**Other Hand Tools**

**Power Cables**

View more

*NEW*

# Alibaba.com

# Products » What are you looking for.

Products

What are you looking for...

# com

a

# a search

Q Search

walibata

me

de

ngan dengan

My Alibaba

Messages

Orders

Cart

== Categories

Ready to ship

Trade Shows

Personal Protective Equipment

Services

Sell on Alibaba

Help

Get the App

English - USD V

Home > All Industries > Gifts & Crafts > Crafts > Metal Crafts

Subscribe to Trade Alert

Beer Loft Magnetic Fridge Hangers/Holder For Beer and Beverages, Bottle hanger magnetic bottle storage fridge strips

For product pricing, customization, or other inquiries:

Contact Supplier

# FOB Reference Price: Get Latest Price

Contact Supplier

Leave Messages

# $2.00 - $3.50/ Set 100 Set/Sets(Min. Order)

# Call us

# Leave Messages

Browsing History

**Gold Supplier**

Shipping: Support Sea freight 's Trade Assurance protects your Alibaba.com orders

Alibaba.com Freight Compare Rates Learn more Payments: VISA O TIT Online Transfer Pay WesternUnion Wu Bolerov

**Hangzhou Uniwise Import And Ex... Trading Company**

Alibaba.com Logistics - Inspection Solutions

Payment Terms: Net-60

CN

15 YRS $ 0.0*

s17h Response Time 10,000+ for 10 Transactions

View larger image

100.0% On-time delivery rate

Messenger



14 6 Beer Bottles Strong Magnetic B x

+

X

—  O

o

alibaba.com/product-detail/_1600210615648.html

a

Guest

MARCH EXPO

**Chemical Auxiliary...**

Sheet Metal...

**VoIP Products**

Art Markers

**Profession al Audio,...**

**Car Freshener**

**Vehicle Keys**

View more

NEW

# EL Alibaba.com

Products

What are you looking for...

Q

Search

== Categories

|

Ready to Ship

Trade Shows

Personal Protective Equipment

Source on Alibaba

Sell on Alibaba

Help

Get the App

English - USD

Home > All Industries > Home & Garden > Home Decor > Fridge Magnets

Ready to Ship

In Stock

Fast Dispatch

200 Pieces

$842.00

6 Beer Bottles Strong Magnetic Beer Bottle Hanger Bottle Loft Magnets Storage Fridge Strips Space Saving Storage Loft

Ship to United States

Beer loft

$22.392.74

by Alibaba.com Par...

Lead Time 15 days

200-999 Pieces $4.21

1000 - 4999 Pieces $3.92

>=5000 Pieces $3.59

Leave Messages

## Shipping time 9-12 days

Built With Style, Built To Last!

Color:

$4.21

(

200

+

Browsing History

## Total

$23,234.74

Taking Cool To A Whole New Level!

Start Order

Samples:

$15.00/Piece 1 Piece (Min. Order)

Buy Samples

Contact Supplier

## Add to cart

Customization: Customized logo(Min. Order: 2000 Pieces)

Customized packaging(Min. Order: 2000 Pieces)

More v s Trade Assurance protects your Alibaba.com orders Payments: VISA O TIT Online Transfer Pay Western Union WU 1

View larger image

# Gold Supplier

Alibaba.com Logistics

Inspection Solutions

Production View

One-Stop Service

Dongguan Wow Good Precision M... Manufacturer

CN TYR$

1 Share

## S7h Response Time 80.0% On-time delivery ra e Messenger

Alibaba



46 Magnetic Bottle Hanger Holder x

+

X

− O

f

=

a

Guest

c .alibaba.com/product-detail/_1600210613941.html
MARCHEXPO

**Chemical Auxiliary...**

**Sheet Metal...**

**VoIP Products**

**Art Markers**



**Profession al Audio,...**

**Car Freshener**

**Vehicle Keys**

View more

*NEW*

# EL Alibaba.com

## 000

Products

What are you looking for...

a

Q

Search

My Alibaba

Messages

Orders

Cart

== Categories

|

Ready to Ship

Trade Shows

Personal Protective Equipment

Source on Alibaba

Sell on Alibaba

Help

Get the App

English - USD

Home > All Industries > Home & Garden > Home Decor > Fridge Magnets

Ready to ship

In Stock

Fast Dispatch

200 Pieces

## $842.00

6 Magnetic Bottle Hanger Holder Beer Loft Magnetic Beer Bottle & Jar Hanger Fridge Organize Magnet Holder Strips

Ship to United States by Alibaba.com Par...

**$396.61**

Lead Time 15 days

200-999 Pieces $4.21

1000 - 4999 Pieces $3.92

>=5000 Pieces $3.59

Leave Messages

## Shipping time 9-11 days

Color:

$4.21

(

## 200

+

Browsing History

**Total**

## $1,238.61

Start Order

Samples:

$15.00/Piece 1 Piece (Min. Order)

Buy Samples

Contact Supplier

## Add to cart

Customization: Customized logo(Min. Order: 2000 Pieces)

Customized packaging(Min. Order: 2000 Pieces)

More ∨ s Trade Assurance protects your Alibaba.com orders Payments: VISA O TIT Online Transfer Pay Western Union WU 1

View larger image

# Gold Supplier

Alibaba.com Logistics

Inspection Solutions

Production View

One-Stop Service

Dongguan Wow Good Precision M... Manufacturer

CN TYR$

1 Share

S7h Response Time 80.0% On-time delivery ra e Messenger





14 High Quality Abs+magnet Bottle x

+

x

— ○

5 Guest

alibaba.com/product-detail/_1600085114328.html,

a

•

MÁRCH EXPO-

Flood

ux Living

Breath Fresheners

Storage Baskets

**Braiding Machines**

# Plastic Film

Plastic Film

# Elonet

## Locks

View more

*NEW*

# El Alibaba.com

Products

What are you looking for...

## Q Search

co? Messages

? Orders

My Alibaba

Cart

== Categories

|

Ready to Ship

Trade Shows

Personal Protective Equipment

Services

Sell on Alibaba

Help

Get the App

English - USD

lucken

# lucken.

## High Quality ABS+Magnet BottleLoft, Beer/Beverage Holder Shelf, Necessary Bar Accessory

For product pricing, customization, or other inquiries:

# A



Contact Supplier

3000 - 3999 Pieces $3.47

4000 - 4999 Pieces $3.37

>=5000 Pieces $3.27

## Call us

Contact Supplier

Color:

## Chat Now

Chat Now

Samples:

$30.00/Piece 1 Piece (Min. Order)

## Buy Samples

Gold Supplier

Lead Time:

Browsing History

## Quantity(Pieces)

# 301 - 500

Tommur Industry (Shanghai) Co.,---- Manufacturer, Trading Company

501 - 5000

>5000

# 300

CN

3 YRSS 4.7 *

## Est. Time(days)

5

7

20

To be negotiated

<8h Response Time 30,000+ for 39 Transactions 100.0% On-time delivery rate

View larger image

Customization: Customized logo(Min. Order: 20000 Pieces)

Customized packaging (Min. Order: 20000 Pieces) S Trade Assurance protects your Alibaba.com orders

Alibaba.com Freight Compare Rates | Learn more Payments: VISA O TIT Online Transfer (Pay WesternUnion Wu lov Alibaba.com Logistics Inspection Solutions Production View One-Stop Service

Add to Compare

1 Share

Messenger

# Company highlights View company profile >



14 6 Magnitic Bottle Hanger Holder x

+

X

– 0 0 Guest

f

=

C

.alibaba.com/product-detail/_1600146172594.html

Q

2

# MARCHEXPO

# curtain

**Curtain**

**Chain Saw**

# chain som

**Insulation Materials ...**

# har

# o en

**Other Heat Insulation...**

**Metal Crafts**

# Pieklee

**Pickles**

•

**Metal Crafts**

View more

*NEW*

# e

# Alibaba.com

8

a

000

Q Search

Products

2

What are you looking for...

7



My Alibaba

Messages

Orders

Cart

== Categories

Ready to ship

Trade Shows

Personal Protective Equipment

Services

Sell on Alibaba

Help

Get the App

English - USD V

Home > All Industries > Home & Garden > Home Decor > Other Home Decor

Subscribe to Trade Alert

Ready to Ship

In Stock

Fast Dispatch

1 Bags

**$9.55**

6 Magntic Bottle Hanger Holder Beer Loft Magnetic Beer Bottle & Jar Hanger For Fridge, Organize w/ Magnet Holder Strips

Ship to United States by Alibaba.com Par...

**$23.64**

Chat Now

Lead Time 15 days

UND

$9.55/ Bag 1 Bag(Min. Order)

Shipping time 9-12 days

Browsing History

Tabour

**Total**

$33.19

Color:

$9.55

$9.55

E

1

+

Start Order

$ Trade Assurance protects your Alibaba.com orders

Payments: VISA

○ ○

TIT Online Transfer TIT Online Transfer

Pay WesternUnion WU Botol Pa

Contact Supplier

Alibaba.com Logistics

Inspection Solutions

Add to cart

View larger image

Gold Supplier

**Shenzhen Lechang Technology C...**

CN JY

© Messenger